**93–5.** State ex rel. Baker Material Handling Corp. v. Indus. Comm. *Franklin County*, No. 91AP–1164. Reported at 69 Ohio St.3d 202, 631 N.E.2d 138. On motion on rehearing. Rehearing denied.

**93–93.** State ex rel. Hanna v. Indus. Comm. *Franklin County*, No. 91AP–1365. Reported at 69 Ohio St.3d 120, 630 N.E.2d 693. On motion for rehearing. Rehearing denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**94–172.** Slabochova v. St. Elizabeth Hosp. Med. Ctr. *Mahoning County*, No. 93 C.A. 60. Reported at 69 Ohio St.3d 1414, 630 N.E.2d 376. On motion for rehearing. Rehearing denied.

**94–193.** Kleve v. Green Twp. Bd. of Trustees. *Hamilton County*, No. C–920377. Reported at 69 Ohio St.3d 1424, 631 N.E.2d 164. On motion for rehearing. Rehearing denied.

**94–200.** Corell v. Am. States Ins. Co. *Cuyahoga County*, No. 64189. Reported at 69 Ohio St.3d 1424, 631 N.E.2d 164. On motion for rehearing. Rehearing denied.

**94–214.** May v. Bowland. *Hamilton County*, No. C–930924. Reported at 69 Ohio St.3d 1429, 631 N.E.2d 639. On motion for rehearing. Rehearing denied.